JOSEPH MARIANI, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. EDWARD BENDER, *ET AL.*, DEFENDANTS-RESPONDENTS, AND SELECTED RISKS INSURANCE COMPANY, DEFENDANT-PETITIONER.

*Messrs. Kisselman, Devine, Deighan & Montano* and *Mr. Michael Patrick King* for the petitioner.

*Messrs. Taylor, Bischoff, Neutze & Williams* and *Mr. Burchard V. Martin* for the defendants-respondents.

*Messrs. Granite & Granite* for the plaintiffs-respondents.

February 4, 1965. Denied.

POPULAR REFRESHMENTS, INC., PLAINTIFF-PETITIONER, v. FULLER'S MILK BAR AND RECREATION CENTER, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 85 *N. J. Super.* 528.

*Messrs. Gelman & Gelman* and *Mr. Newton M. Roemer* for the petitioner.

*Mr. Victor P. Mullica* for the respondent.

February 4, 1965. Denied.